**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

**JUSTIN JAMAL JOSEPH,** :
:
**Petitioner,** :
:
**V.** : **NO. 4:26-cv-00534-CDL-CHW**
:
**GREGORY COUNTRYMAN,** :
:
**Respondent.** :
:

**ORDER OF DISMISSAL**

Petitioner Justin Jamal Joseph, a detainee in the Muscogee County Jail in Columbus, Georgia, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his conviction in the Superior Court of Muscogee County. ECF No. 1. Petitioner did not pay the filing fee for this case or move for leave to proceed *in forma pauperis*. Petitioner was, therefore, ordered to either pay the $5.00 filing fee or move to proceed *in forma pauperis*. ECF No. 3. Petitioner was given fourteen days to pay the fee or seek leave to proceed *in forma pauperis*, and he was cautioned that his failure to do so may result in the dismissal of this action. *Id.*

More than fourteen days passed after that order was entered, and Petitioner did not pay the filing fee, submit a motion to proceed *in forma pauperis*, or otherwise respond to the Court's order. Moreover, the Court's order, which was sent to Petitioner at the Muscogee County Jail, the only address on file, was returned to this Court as undeliverable with a notation that Petitioner was no longer in that facility. ECF No. 4. Petitioner was

reminded that it is his responsibility to keep the Court informed as to his current address and that his failure to do so constitutes a failure to prosecute this case. ECF No. 5.

Additionally, Petitioner was ordered to respond and show cause to the Court why this case should not be dismissed based on his failure to comply with the order to either pay the filing fee or move for leave to proceed *in forma pauperis*, as well as his failure to keep the Court apprised of his current address. *Id.* Petitioner was given fourteen days to respond and cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have passed since the order to show cause was entered, and Petitioner has not responded to that order. Moreover, the order has been returned to this Court as undeliverable. ECF No. 6. Therefore, because Petitioner has failed to respond to the Court's orders or otherwise prosecute this case, his petition is now **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 17th day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA